**FILED**

**United States District Court**
**District of Columbia**

MAR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| YOUR GIRL FRIDAY, LLC<br>1802 Swann Street, N.W. Apt. B<br>Washington, D.C. 20009<br><br>       Plaintiff,<br><br>vs.<br><br>MGF HOLDINGS, INC.,<br>319 W. 4th St., Suite 200<br>Cincinnati, OH 45202<br><br>And<br><br>JULIE COLLINSWORTH a/k/a JULIE<br>HAGENMAIER, JULIE COLLINSWORTH<br>HAGENMAIER, JULIE HAGENMAIER<br>COLLINSWORTH,<br>217 Rainbow Ridge<br>Cincinnati, OH 45215<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NUMBER 1:06CV00385

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 03/3/2006

*JURY ACTION*

## NOTICE OF REMOVAL

Pursuant to 28 § 1441, Defendant Ms. Julie Collinsworth ("Ms. Collinsworth") respectfully petitions for the removal of the above-captioned case to this Court. As grounds for this Notice of Removal, Ms. Collinsworth states:

1. Plaintiff is a party in an action against Ms. Collinsworth and MGF Holdings, Inc. ("MGF"), captioned, <u>Your Girl Friday vs. Julie Collinsworth and MGF Holdings, Inc.</u>, Civil Action No. 06-0000549 (Superior Court of the District of Columbia, Civil Division) ("State Action").

2. Plaintiff Your Girl Friday, LLC ("YGF") filed its State Action on January 27, 2006; however, it was not until February 10, 2006, that Defendants were first served a copy of the Complaint of YGF. Thus, the time by which the State Action can be removed to this Federal Court, pursuant to 28 U.S.C. § 1332, has not yet expired.

3. The State Action refers and relates to federal trademark rights and obligations of the various parties – YGF on one side and MGF and Ms. Collinsworth on the

1

other. In addition, the State Action pertains to asserted rights and obligations of the parties arising out of the United States District Court of the District of Columbia case, MGF Holdings, Inc. v. Your Girl Friday, LLC, No. 05-1338 (D.D.C. 2005). This action, therefore, is a federal civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

4. The parties to the State Action come from different States – YGF from the District of Columbia and Ms. Collinsworth and MGF from the State of Ohio. In addition to seeking recovery in the amount of $50,000.00 against MGF and Ms. Collinsworth, YGF – as further confirmed by statements made by the attorney for YGF – seeks a total amount well in excess of $75,000.00, based on asserted allegations pertaining to fraudulent representations and concealment of material facts. Accordingly, in addition to having original jurisdiction in this matter pursuant to 28 U.S.C. § 1331, this action is properly removed to this federal Court, pursuant to 28 U.S.C. § 1331, based upon diversity jurisdiction of the parties.

5. Finally, any alleged State law claims that YGF may have asserted against Ms. Collinsworth and MGF are subject to this Court's supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, because such alleged claims are so related to question and issue of federal trademark and intellectual property rights of the parties that they form part of the same case or controversy for which this Notice of Removal is filed.

6. The filing of this Notice of Removal is timely. As stated, *supra*, Ms. Collinsworth and MGF were only first served a copy of the Complaint of YGF as of February 10, 2006. Thus, the time by which the State Action can be removed to this Federal Court, pursuant to 28 U.S.C. § 1332, has not yet expired.

7. This Notice of Removal is filed by Ms. Collinsworth, *pro se* Defendant. Notwithstanding, Ms. Collinsworth is the authorized chief executive official of MGF. Therefore, though not purporting to serve as legal counsel for MGF, Ms. Collinsworth, in the capacity of authorized chief executive official of MGF, consents to the appropriate and timely removal of this action to this Court.

8. Pursuant to 28 U.S.C. § 1441 *et seq.*, the right exists to remove this case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

9. The United States District Court for the District of Columbia embraces the political jurisdiction in which the State Action was filed, and thus, this Court is a proper venue for this action pursuant to 28 U.S.C. § 115(b)(1).

10. No previous application has been made for the relief requested herein.

11. Pursuant to the provisions of 28 U.S.C. § 1446(a), attached hereto are copies of the Complaint filed in the Superior Court for the District of Columbia and captioned, MGF Holdings, Inc. v. Your Girl Friday, LLC, No. 05-1338 (D.D.C. 2005) (Exhibit A).

12. Written notice of the filing of this Notice of Removal shall properly be served upon counsel for YGF and upon MGF.

13. A true and correct copy of this Notice of Removal shall be filed with the clerk of the Superior Court for the District of Columbia, as required by law.

**WHEREFORE**, Ms. Collinsworth, *pro se* Defendant, hereby removes this case from the Superior Court of the District of Columbia, and requests that this Court accept jurisdiction of this action and henceforth place this action upon the docket of this Court for further proceedings, same as though this action had originally been instituted in this Court.

                                                Respectfully submitted,

                                                */s/ Julie Collinsworth*
                                                Ms. Julie Collinsworth,
                                                *Pro Se* Defendant

## United States District Court
## District of Columbia

| | |
|---|---|
| Your Girl Friday, LLC<br>    Plaintiff,<br><br>v.<br><br>Julie Collinsworth and<br>MGF Holdings, Inc.<br>    Defendants. | Civil Action No. _____<br><br>Judge _____ |

### CERTIFICATE OF SERVICE

I, Ms. Julie Collinsworth, *pro se* Defendant in the above-captioned action, certify that on March 2, 2006, the foregoing Notice of Removal was served by first class mail upon the following person(s):

Ugo Collella, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

I, Ms. Julie Collinsworth, *pro se* Defendant in the above-captioned action, certify that on March 2, 2006, the foregoing Notice of Removal was served by hand-delivery to the following person(s):

Ms. Julie Collinsworth
President and CEO
MGF Holdings, Inc.
319 West 4th Street, Suite 200
Cincinnati, Ohio 45202

I, Ms. Julie Collinsworth, *pro se* Defendant in the above-captioned action, certify that on March 2, 2006, the foregoing Notice of Removal was transmitted to be filed with the following Clerk of Court(s):

Clerk of Court
The Superior Court for the District of Columbia
Civil Division
500 Indiana Avenue, NW, Room JM-170
Washington, D.C. 20001.

                          Respectfully submitted,

                          */s/ Julie Collinsworth*
                          Ms. Julie Collinsworth,
                          *Pro Se* Defendant