UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YOUR GIRL FRIDAY, LLC.** )<br>)<br>Plaintiff,       )<br>)<br>v.                          )    Civil Action No. 06-0385 (ESH)<br>)<br>**MGF HOLDINGS, INC.,** *et al.*, )<br>)<br>Respondents.  )<br>) | |

## ORDER

The above-captioned case was originally filed in the Superior Court for the District of Columbia on January 27, 2006 and was removed to federal court on March 3, 2006. The case has been reassigned from Judge Richard W. Roberts as related to *MGF Holdings, Inc. v. Your Girl Friday, LLC*, No. 05-1338 (D.D.C. 2005), which was voluntarily dismissed on January 26, 2006. It is hereby

**ORDERED** that plaintiff Your Girl Friday, LLC file a response by March 31, 2006 showing cause why this case should not be removed to federal court; and it is

**FURTHER ORDERED** that defendants MGF Holdings, Inc. and Julie Collinsworth may file a reply to plaintiff's response by April 7, 2006.

                                                                                                                    s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

Date:  March 20, 2006