**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YOUR GIRL FRIDAY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-0385 |
| v. | ) | Judge Ellen S. Huvelle |
| | ) | |
| MGF HOLDINGS, INC. *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Ugo Colella hereby enters his appearance as counsel in this case for Plaintiff Your Girl

Friday, LLC.

Dated: March 31, 2006                          /s/ _____
          Washington, D.C.                          Ugo Colella (D.C. Bar No. 473348)
                                                              PATTON BOGGS LLP
                                                              2550 M Street, N.W.
                                                              Washington, D.C. 20037
                                                              Phone: (202) 457-5693
                                                              Fax:    (202) 457-6315

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

I further hereby certify that on March 31, 2006, a true and correct copy of the foregoing Entry of Appearance was served by e-mail and first-class mail upon:

MGF Holdings, Inc.
c/o Julie Collinsworth
319 W. 4th Street, Suite 200                Julie@egirlfriday.com
Cincinnati, Ohio 45202

AND

Julie Collinsworth
217 Rainbow Ridge
Cincinnati, Ohio 45215


/s/_____
Ugo Colella