## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOUR GIRL FRIDAY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-0385 |
| v. | ) | Judge Ellen S. Huvelle |
| | ) | |
| MGF HOLDINGS, INC. *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## LOCAL RULE 7.1 CERTIFICATE OF
## YOUR GIRL FRIDAY, LLC

Pursuant to Local Rule 7.1, undersigned counsel for Your Girl Friday, LLC ("YGF") hereby certifies, to the best of his knowledge and belief, that YGF has no parent corporations, subsidiaries, or affiliates and has no outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 31, 2006
      Washington, D.C.

Respectfully submitted,

/s/_____
Ugo Colella (D.C. Bar No. 473348)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-5693
Fax:    (202) 457-6315

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, a copy of the foregoing Local Rule 7.1 Certificate of Your Girl Friday, LLC was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that on March 31, 2006, a true and correct copy of the foregoing Local Rule 7.1 Certificate of Your Girl Friday, LLC was served by e-mail and first-class mail upon:

MGF Holdings, Inc.
c/o Julie Collinsworth
319 W. 4th Street, Suite 200        Julie@egirlfriday.com
Cincinnati, Ohio 45202

AND

Julie Collinsworth
217 Rainbow Ridge
Cincinnati, Ohio 45215



                                          /s/
                                          Ugo Colella