## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**YOUR GIRL FRIDAY, LLC,**                          )
                                                    )
         **Plaintiff,**                             )
                                                    )
         **v.**                                     )   **Civil Action No. 06-0385 (ESH)**
                                                    )
**MGF HOLDINGS, Inc., *et al*.,**                   )
                                                    )
         **Defendant.**                             )
_____             )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Clerk's Office is to **REMAND** this case to the Superior Court of the District

of Columbia.

**SO ORDERED**.


                                        _____/s_____
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: April 18, 2006